**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WESTERN RADIO SERVICES CO., an
Oregon Corporation; et al.,

        Plaintiffs - Appellants,

  v.

UNITED STATES FOREST SERVICE,

        Defendant - Appellee.

No. 10-35468

D.C. No. 6:09-cv-00872-HO

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Michael R. Hogan, District Judge, Presiding

Submitted May 5, 2011[**]
Portland, Oregon

Before: TASHIMA, BEA, and IKUTA, Circuit Judges.

    Western Radio Service Co. and Richard Oberdorfer, the company's owner

and president (collectively "Western Radio"), appeal the district court's grant of

summary judgment to the United States Forest Service ("Forest Service"). We

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

affirm the district court because Western Radio has not adduced evidence sufficient to raise a triable issue of fact that it has suffered a "concrete and particularized" and "actual and imminent" harm as required for Article III standing. *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992) (citations omitted).

**AFFIRMED.**